# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CIS COMMUNICATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:21-cv-00359-JAR |
| REPUBLIC SERVICES, INC., and ALLIED SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Republic Services, Inc. and Allied Services, LLC hereby move to dismiss Plaintiff CIS Communications, LLC's Complaint, ECF No. 1, for failure to state a claim upon which relief can be granted. Defendants direct the Court to their Memorandum in Support of Motion to Dismiss, filed alongside this motion and incorporated herein.

WHEREFORE, Defendants respectfully request that the Court enter an Order dismissing CIS's Complaint with prejudice.

Dated: June 4, 2021                         Respectfully submitted,

By: */s/* Steven J. Alagna
Jeffrey Russell (MO 35158)
jsrussell@bclplaw.com
Steven J. Alagna (MO 68980)
steven.alagna@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 4, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.


                */s/* Steven J. Alagna